IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garrison, Bennetta

Printed: 11/20/07

Case Number: 07 B 13989
Judge: Wedoff, Eugene R
Filed: 8/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 350.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 350.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 3,287.06 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 421.75 | 0.00 |
| 5. | Care Credit | Unsecured | 117.20 | 0.00 |
| 6. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 7. | Household Credit Services | Unsecured |  | No Claim Filed |
| 8. | American General Finance | Unsecured |  | No Claim Filed |
| 9. | Nicor Gas | Unsecured |  | No Claim Filed |
| 10. | Household Credit Services | Unsecured |  | No Claim Filed |
| 11. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 12. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,826.01 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garrison, Bennetta

Printed:  11/20/07

Case Number:  07 B 13989
Judge:  Wedoff, Eugene R
Filed:  8/3/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*